# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Eusida Blidgen,
Plaintiff,

v.

Braintree Police Department,
Defendant.

Civil Action No. _____

## SUPPLEMENTAL STATEMENT REGARDING POLICE INVESTIGATION FAILURES

I, Eusida Blidgen, respectfully submit this supplemental statement in support of my federal complaint. 1. On June 10, 2025, following the assault on my children at Braintree High School, Braintree Police generated a report stating that an "investigation" was underway. In reality, no such investigation ever occurred. 2. At the time, no meaningful steps were taken: witnesses were not properly interviewed, viral videos were not collected, and the case was not referred to the Norfolk District Attorney's Office for criminal review. 3. Nearly a month later, I was informed that Braintree Police had only obtained two videos, despite the fact that the altercation had gone viral online. As a parent, I was able to obtain more video evidence than the police themselves. 4. On the late evening of June 10, 2025, after caring for my children, I attempted to make a supplemental police report by telephone. I was told I could not make a report—first by a female dispatcher (or possibly a female officer), and then again by a supervising officer on duty. This refusal blocked me from providing updated information about my children's injuries. 5. Injuries to the face had already been acknowledged before my children left the school that day. By the next morning, school staff—including the principal and assistant principal—were aware of my children's absence and the reason for it. Yet none of those officials took action to investigate the cause of the injuries. 6. During my later meeting with Chief Timothy Cohoon and Deputy Chiefs Michael Want and Michael R. Moschella, I raised these concerns. Instead of accountability, I was told the matter was now an "internal investigation." This is not a substitute for a criminal investigation and amounts to shielding the department from scrutiny. 7. I also raised the issue that the cafeteria where the fight occurred was understaffed, which I believe is negligence on the part of Braintree Public Schools. I further pointed out that the videos clearly show multiple assaults—including a kick to the face and blows with a cell phone—but police failed to document this. 8. The investigators had ample time to properly adjust their reports and take the necessary steps, yet they failed to do so. Their refusal to gather evidence, acknowledge injuries, or forward the matter to the DA demonstrates negligence and deliberate indifference. I respectfully submit this supplemental statement as part of the record in this action. Respectfully submitted, _____ Eusida Blidgen Plaintiff